[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-11446

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

ANTONIO FRANCHESTER ORR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama
D.C. Docket No. 1:22-cr-00247-RDP-NAD-1

_____

2                    Opinion of the Court                    23-11446

Before LAGOA, BRASHER, and ABUDU, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Antonio Orr in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Orr's convictions and sentences are **AFFIRMED**.